IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY WILLIAM HALLFORD,

    Plaintiff,                     No. CIV S-06-1081 GEB GGH P

    vs.

CALIFORNIA CORRECTIONAL
PEACE OFFICERS ASSOCIATION,
EACH INDIVIDUAL MEMBER, et al.,

    Defendants.           ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 31, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 9, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file an amended complaint.

DATED: 11/20/06

                                        /s/ Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
hall1081.36