IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY WILLIAM HALLFORD,

    Plaintiff,                      No. CIV S-06-1081 GEB GGH P

    vs.

CALIFORNIA CORRECTIONAL
PEA CE OFFICERS ASSOCIATION,
EACH INDIVIDUAL MEMBER, et al.,

    Defendants.               ORDER

_____/

        By <u>Order</u>, filed on October 31, 2006, plaintiff's complaint was dismissed with thirty days' leave granted to file an amended complaint. On November 20, 2006, plaintiff's first request for an extension of time to file an amended complaint was granted. On December 20, 2006, plaintiff's second request for an extension of time to file an amended complaint was granted; in that order, the court stated unequivocally that there would be no further extension of time. Notwithstanding, plaintiff has filed a third request for an extension of time.

        Accordingly, IT IS ORDERED that plaintiff's third request for an extension of time to file an amended complaint, filed on December 28, 2006, is denied.

DATED: 1/8/07

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/bb - hall1081.36(3)