IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY WILLIAM HALLFORD,

    Plaintiff,                   No. CIV S-06-1081 GEB  GGH P

    vs.

CALIFORNIA CORRECTIONAL
PEA CE OFFICERS ASSOCIATION,
EACH INDIVIDUAL MEMBER, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  The undersigned has been informed by the court clerk's office that plaintiff has sent some dentures.  Evidently, plaintiff intended the dentures as an exhibit to his amended complaint.  Sending the court such an item is wholly inappropriate.  Accordingly, the Clerk of the Court is directed to return forthwith the dentures plaintiff has attempted to submit to this court.

        IT IS SO ORDERED.

DATED: 1/18/07                      /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
hall1081.ret