IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY WILLIAM HALLFORD,

      Plaintiff,                               No. CIV S-06-1081 GEB  GGH P

      vs.

CALIFORNIA CORRECTIONAL
PEA CE OFFICERS ASSOCIATION,
EACH INDIVIDUAL MEMBER, et al.,

      Defendants.                    ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On June 18, 2007, plaintiff filed a document entitled "Emergency Motion for Injunctive Relief." Plaintiff claims to be at risk for placement in a SHU program for an undescribed offense for which he has not been charged. He contends he is in "significant danger," without providing any evidence to support his allegation. He also claims that he is being deprived of access to a grievance procedure. Plaintiff's conclusory and cursory allegations lack any specific information, failing to provide any basis or context for his claims. His putative motion does not meet the most minimal standards for a request for immediate injunctive relief and is not accompanied by any supporting affidavit or any exhibit to support his claims.

\\\\\

1       Accordingly, plaintiff's June 18, 2007, "Emergency Motion for Injunctive Relief" is vacated without prejudice.

DATED: 7/12/07                          /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
hall1081.vac