IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY WILLIAM HALLFORD,

    Plaintiff,                               No. CIV S-06-1081 GEB  GGH P

    vs.

CALIFORNIA CORRECTIONAL
PEA CE OFFICERS ASSOCIATION,
EACH INDIVIDUAL MEMBER, et al.,

    Defendants.                       ORDER

_____/

        On September 28, 2007, plaintiff filed a document entitled "notice of motion and motion for temporary restraining order and other injunctive relief to prevent the implementation of Assembly Bill AB900." Plaintiff asks the court to issue a TRO preventing implementation of a state legislative measure or proposed measure which plaintiff characterizes as a flawed "attempt to reduce the unconstitutional circumstances related to the vast overcrowding of the California Department of Corrections and Rehabilitation." Motion, p. 1.

        This is not the first time that plaintiff has sought emergency injunctive relief without providing a basis or context for his claims. See Order, filed on July 12, 2007. On this occasion, plaintiff's motion is wholly inapposite as well as not meeting the most minimal standards for a request for immediate injunctive relief.

1       Accordingly, plaintiff's September 28, 2007, "motion for a temporary restraining order" is vacated.

DATED: 10/16/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
hall1081.vac2