IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY WILLIAM HALLFORD, | | |
| Plaintiff, | No. CIV S-06-1081 GEB GGH P | |
| vs. | | |
| CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, EACH INDIVIDUAL MEMBER, et al., | | |
| Defendants. | ORDER | |
| _____/ | | |

On October 18, 2007, plaintiff's motion to file a second amended complaint was denied as defective, plaintiff having failed to attach a proposed second amended complaint. In the same order, his first amended complaint was dismissed with leave to file a third amended complaint which complied with requirements set forth therein.

Plaintiff has filed a lengthy and confusing request for more time "to correct the text and addenda once I have access to a typewriter and legal materials and the complete assortment of exhibits." Request, p. 11. However, plaintiff earlier precedes this with the statement that "[a]s is, plaintiff shall not submit a third amended complaint...." It is unclear whether he is stating that he does not intend to comply with the court's order, granting him leave to file a third amended complaint, with specific limitations that have become necessary in light of

his voluminous and disorganized filings, or simply that he does not believe that any amended complaint would constitute the third amended complaint. Plaintiff also asks the court to "nullify" its October 18, 2007, Order.

Accordingly, IT IS HEREBY ORDERED that:

1. To the extent that plaintiff's asks the court to vacate or "nullify" its Order, filed on October 18, 2007, plaintiff's request filed on November 16, 2007, is denied;

2. To the extent that plaintiff's November 16, 2007, request can be construed as a motion for an extension of time to file a third amended complaint, the request is granted for an additional twenty-day period; that is, plaintiff is granted twenty days from the date of this order in which to file a third amended complaint that strictly complies with the page limitation requirements set forth in the Order, filed on October 18, 2007; and

3. There will be no further extension of time.

DATED: 11/29/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
hall1081.36(4)